**Thomas E. Cooney**
Oregon State Bar No. 56023
e-mail: tecooney@cooneyllc.com
**David J. Madigan**
Oregon State Bar No. 01333
e-mail: dmadigan@cooneyllc.com
Cooney & Crew, LLP
4949 Meadows Road, Suite 460
Lake Oswego, OR 97035
Phone: (503) 607-2700
Fax :    (503) 607-2702
    Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OREGON MEDICAL ASSOCIATION**, an Oregon not for profit corporation; **ANTON K. BROMS, MD**, an individual; and **STEWART M. WILSON, J.R., MD**, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL O. LEAVITT**, in his official capacity as Secretary of Health and Human Services; **LESLIE V. NORWALK**, in her official capacity as Acting Administrator of Centers for Medicare and Medicaid Services; **UNITED STATES OF AMERICA**; **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;** and **CENTERS FOR MEDICARE AND MEDICAID SERVICES**.<br><br>Defendants. | Case No. CV 06-1871 HU<br><br>**NOTICE OF DISMISSAL AS TO ALL DEFENDANTS** |

Page 1 - NOTICE OF DISMISSAL AS TO ALL DEFENDANTS

COMES NOW the Oregon Medical Association, Anton K. Broms, MD, and Stewart M. Wilson, Jr., MD (collective "Plaintiffs"), by and through their attorney, who give notice to all Defendants that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs dismiss their claims against Defendants without prejudice and without costs.

DATED this 17th day of September, 2007.

/s/ DAVID J. MADIGAN
_____
Thomas E. Cooney, OSB# 56023
tecooney@cooneyllc.com
David J. Madigan, OSB # 01333
dmadigan@cooneyllc.com
Tel: (503) 607-2700
Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on September 17, 2007, and that the electronic filing of this document constitutes service on the following:

>Peter D. Keisler, Assistant Attorney General
>Karen J. Immergut, United States Attorney
>Sheila M. Lieber, Deputy Director
>Joel McElvain, Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7130
>Washington, D.C. 20001
>Attorneys for Defendants

/s/ David J. Madigan
_____
David J. Madigan